UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONALD BREWER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEANT TESINSKY, et al.,<br><br>　　　　　Defendants. | No. ED CV 11-00243-DMG (VBK)<br><br>ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) GRANTING IN PART DEFENDANTS' MOTION TO DISMISS WITH RESPECT TO DISMISSING DEFENDANT TESINSKY AND PLAINTIFF'S EIGHTH AMENDMENT CLAIM AND GRANTING IN PART DEFENDANTS' MOTION TO STRIKE WITH RESPECT TO PLAINTIFF'S MONETARY DAMAGES CLAIM REGARDING HIS EIGHTH AMENDMENT CLAIM AND DENYING THE MOTION TO STRIKE WITH RESPECT TO PLAINTIFF'S FIRST AMENDMENT AND RLUIPA CLAIMS |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Court (1) approves in part the findings and recommendations of the United States Magistrate Judge; (2) grants in part Defendants' Motion to Dismiss with respect to dismissing Plaintiff's Eighth Amendment claim and Defendant Tesinsky

1 without leave to amend; (3) denies in part Defendants' Motion to
2 Strike the prayer for specific dollar amounts on p. 11 of the
3 Complaint with respect to Plaintiff's First Amendment and RLUIPA
4 claims and grants in part Defendants' Motion to Strike with respect to
5 Plaintiff's Eighth Amendment claim; and (4) directs Defendants to file
6 an Answer within 20 days of the date of this Order.

DATED: July 24, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE