UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RONALD BREWER, | ) | No. ED CV 11-00243-DMG (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| SERGEANT TESINSKY, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving in part the recommendations of the United States Magistrate Judge, and adopting the same with regard to Defendant Tesinsky as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered (1) granting in part Defendants' Motion to Dismiss with respect to dismissing Plaintiff's Eighth Amendment claim and Defendant Tesinsky; and (2) granting in Defendants' Motion to Strike the prayer for specific dollar amounts on p. 11 of the Complaint as to Defendant Tesinsky.

DATED: July 24, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE